IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Elizabeth A. Krueger, | Case No. 0:11-cv-02965 (PAM/SER) |
| Plaintiff, | |
| vs. | ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| Bird & Cronin, Inc., a Minnesota corporation, | |
| Defendant. | |

---

Pursuant to the Stipulation of Dismissal by and between the parties hereto, in the above-referenced case,

IT IS HEREBY ORDERED that, this case is dismissed without prejudice and without fees or costs to either party.

BY THE COURT:

Dated: December 21, 2011

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
United States District Court Judge